| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Tyler Edwin Creasey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5554** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Virginia** | | Date case filed for chapter **7  12/21/16** |
| Case number:  **16–62517** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Tyler Edwin Creasey | |
| 2. | **All other names used in the last 8 years** | aka Edwin Tyler Creasey | |
| 3. | **Address** | 1009 Stone Mill Road <br> Hurt, VA 24563 | |
| 4. | **Debtor's attorney** <br> Name and address | Margaret C. Valois <br> James River Legal Associates <br> 7601 Timberlake Road <br> Lynchburg, VA 24502 | Contact phone 434–845–4529 <br> Email: **None** |
| 5. | **Bankruptcy trustee** <br> Name and address | Andrew S Goldstein(68) <br> PO Box 404 <br> Roanoke, VA 24003–0404 | Contact phone 540–343–9800 <br> Email:  agoldstein@mglspc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

Debtor **Tyler Edwin Creasey**　　　　　　　　　　　　　　　　　　　　　　　　Case number **16–62517**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1100 Court St., Room 166<br>Lynchburg, VA 24504 | Hours open 8:00 a.m. – 4:30 p.m.<br><br>Contact phone (434) 845–0317<br><br>Date: 12/21/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2017 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**cr mtg, DAN, 3rd Flr Courtroom,, US Courthouse, 700 Main St.,, Danville, VA 24541** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/20/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　page **2**

```
                          United States Bankruptcy Court
                          Western District of Virginia
In re:                                                          Case No. 16-62517-pmb
Tyler Edwin Creasey                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-6         User: admin                Page 1 of 2          Date Rcvd: Dec 21, 2016
                             Form ID: 309A              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db             +Tyler Edwin Creasey,    1009 Stone Mill Road,    Hurt, VA 24563-3611
tr              Andrew S Goldstein(68),    PO Box 404,   Roanoke, VA  24003-0404
4369916        +Albemarle General District Court,    501 E Jefferson St.,    Charlottesville, VA 22902-5174
4369917        +Allstate,   Roanoke National Subrogation Claim Ctr,    3800 Electric Road, Ste 301,
                 Roanoke, VA 24018-4569
4369920        +Altavista EMS,    PO Box 9150,   Paducah, KY 42002-9150
4369919        +Altavista EMS,    PO Box 8488,   Virginia Beach, VA 23450-8488
4369921        +Bee Line Transport, Inc.,    155 Airpark Drive,   Lynchburg, VA 24502-3229
4369922        +Bruce Fickley, PC,    2245 Windsor Ave SW,    Roanoke, VA 24015-2205
4369923        +Campbell County Circuit Court,    PO Box 7,   Rustburg, VA 24588-0007
4369924        +Campbell County General District Court,    PO Box 97,    Rustburg, VA 24588-0097
4369925        +Campbell County Public Safety,    PO Box 60700,   Charlotte, NC 28260-0700
4369926        +Centra Hospital,    1374 S Babcock St.,    Melbourne, FL 32901-3009
4369928        +Creditors Collection Service,    PO Box 1022,   Wixom, MI 48393-1022
4369929        +Creditors Service Agency, Inc.,    2600 Memorial Avenue,    Lynchburg, VA 24501-2658
4369931        +ECEP II PA,    4402 Shipyard Blvd.,    Wilmington, NC 28403-6161
4369930        +Eastern Insurance Holdings,    Eastern Alliance Insurance,    25 Race Avenue,
                 Lancaster, PA 17603-3179
4369933       ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,   RICHMOND VA 23236-3690
               (address filed with court: Focused Recovery Solutions,     9701 Metropolitan Ct, Ste. B,
                 Richmond, VA 23236)
4369932        +Financial Data Systems,    1638 Military Cutoff Road,    Wilmington, NC 28403-5716
4369935        +GEICO Staff Counsel,    2840 Electric Road, Ste 208A,    Roanoke, VA 24018-3551
4369934        +Geico,   Attn: Region 7 Claims,    PO Box 9518,   Fredericksburg, VA 22403-9518
4369936        +Gregory B. Staples,    Admin of the Estate of Cheryl G. Staples,     671 Willow Oak Terrace,
                 Forest, VA 24551-3979
4369939        +Lendmark Financial Services,    105 Clarion Rd, Ste. K,   Altavista, VA 24517-1168
4369941        +Medical Data Systems, Inc.,    2001 19th Ave Ste 312,    Vero Beach, FL 32960-3449
4369942        +Orthopaedic Center of Central Virginia,    PO Box 63216,    Charlotte, NC 28263-3216
4369943        +Pittsylvania County Treasurer's Office,    PO Box 230,   Chatham, VA 24531-0230
4369944        +Pittsylvania General District Court,    PO Box 695,   Chatham, VA 24531-0695
4369945        +Radiology Consultants of Lynchburg,    PO Box 1259 DEPT 101819,    Oaks, PA 19456-1259
4369946        +SCA Credit Services, Inc.,    1502 Williamson Rd NE,    Roanoke, VA 24012-5100
4369947       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,   LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-On Credit, LLC,    Attn: Bankruptcy,
                 950 Technology Way, Suite 301,    Libertyville, IL 60048)
4369950        +Stephen E. Dunn, Esquire,    201 Emterprise Drive,    Forest, VA 24551-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mv@vbclegal.com Dec 21 2016 21:27:06     Margaret C. Valois,
                 James River Legal Associates,    7601 Timberlake Road,   Lynchburg, VA  24502
ust            +E-mail/Text: ustpregion04.rn.ecf@usdoj.gov Dec 21 2016 21:27:12     USTrustee,
                 Office of the United States Trustee,    210 First Street, Suite 505,   Roanoke, VA 24011-1620
4369927        +EDI: CCS.COM Dec 21 2016 21:23:00      Credit Collection Services,   725 Canton St,
                 Norwood, MA 02062-2679
4369938         EDI: IRS.COM Dec 21 2016 21:23:00      Internal Revenue Service,   Insolvency Unit,
                 400 N 8th St  No. 76,   Richmond, VA  23219
4369948        +E-mail/Text: philadelphia.bnc@ssa.gov Dec 21 2016 21:27:16     Social Security Administration,
                 Mid-Atlantic Service Center,    300 Spring Garden Court,   Philadelphia, PA 19123-2992
4369951        +E-mail/Text: bkr@taxva.com Dec 21 2016 21:27:18     Taxing Authority Consulting Services, PC,
                 PO Box 31800,   Henrico, VA 23294-1800
4369952        +E-mail/Text: bkr@taxva.com Dec 21 2016 21:27:18     Va Department Of Taxation,
                 Bankruptcy Unit,   P O Box 2156,   Richmond, VA 23218-2156
4369953        +E-mail/Text: ebankruptcy@woodforest.com Dec 21 2016 21:27:15     Woodforest National Bank,
                 PO Box 7889,   Spring, TX 77387-7889
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4369949         Sprint
4369937*       +Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
4369940*       +Margaret C. Valois,    James River Legal Associates,    7601 Timberlake Road,
                 Lynchburg, VA 24502
4369918       ##+Allstate Insurance Company,    PO Box 40047,   Roanoke, VA 24022-0047
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0423-6          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2016
                              Form ID: 309A            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0